1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| GLORIA A. MORALES et al., | **Case No. CV 11-02278 (WHA)** |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING WITHDRAW AS COUNSEL FOR PLAINTIFFS** |
| vs. | |
| LABORERS' UNION LOCAL 304, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9

Movants Kassra P. Nassiri, Esq., and D. Austin Hare, Esq. ("Movants"), seek to withdraw as counsel for Plaintiffs Gloria A. Morales and Elsa González ("Plaintiffs") in the above-captioned litigation pursuant to Rule 11-5(a) of the Civil Local Rules of the Northern District of California, and in compliance with Rule 3-700 of the California Rules of Professional Conduct. As this Court **FINDS** that Movants have submitted satisfactory reasoning for withdrawal, and that the granting of their Motion will not cause substantial prejudice or delay to any party, **IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Plaintiffs is **GRANTED**, and Movants are hereby terminated as counsel in this proceeding.

10
11

**IT IS SO ORDERED.**

12
13
14

DATED: June 13, 2011.

_____
HONORABLE WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING WITHDRAW AS COUNSEL
CASE NO.: CV 11-02278 (WHA)
2