UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MORALES and ELSA GONZALEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>LABORERS' UNION LOCAL 304,<br><br>    Defendant. | No.  C 11-02278 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES** |
| SANDRA CARRANZA, LAURA GUZMAN and TARA LEE RUYLE,<br><br>    Plaintiffs,<br><br>    v.<br><br>LABORERS' UNION LOCAL 304,<br><br>    Defendant. | No.  C 11-02459 WHA |

//

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 42 and Local Civil Rules 7-11 and 7-12, that the above captioned matters should be consolidated for all purposes.

On June 28, 2011, this Court ordered these matters related. In addition to being related, the two matters should be consolidated as they involve common questions of law and fact and avoid unnecessary costs and delay. The parties agree that the five individual Plaintiffs in these matters allege the same causes of action against a common Defendant. The claims of the Plaintiffs arise out of common facts and occurrences, namely whether the employees worked overtime for the Defendant without compensation.

The discovery for both cases will substantially overlap with the only differences being the period of time each of the individual Plaintiffs was employed by the Defendant. As such, the only differences between the two cases are the number of employees and the dates of each individual's employment.

The complaints in the two cases are substantially similar and answer of the Defendant to complaint is substantially similar. It is expected that discovery between the two cases will overlap significantly and the parties agree it would avoid prejudice, expedite and economize Court's resources and add convenience for these two matters consolidated.

Therefore, the parties request that these matters be consolidated.

SO STIPULATED:

Dated: July 19, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
CAREN P. SENCER
Attorneys for Defendant

Dated: July 18, 2011

NEXUS LAW GROUP

By: _____
JARRETT GREEN
Attorneys for Plaintiffs

Pursuant to stipulation, **it is so ordered**. The above-captioned cases are consolidated for all purposes and Case No. 11-cv-2278 WHA will be deemed for all purposes the lead case and any documents filed in Case No. 11-cv-2278 WHA will be deemed to have been filed as to both cases.

Dated: _____July 21_____, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Stipulation and [Proposed] Order to Consolidate Cases (Case Nos. C 11-02278 WHA; C11-02459 WHA)