1 | BARRY E. HINKLE, Bar No. 071223
2 | CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
  | CAREN P. SENCER, Bar No. 233488
3 | WEINBERG, ROGER & ROSENFELD
  | A Professional Corporation
4 | 1001 Marina Village Parkway, Suite 200
  | Alameda, California 94501
5 | Telephone  (510) 337-1001
  | Fax  (510) 337-1023
6 | E-Mail:  csencer@unioncounsel.net

Attorneys for Defendant
LABORERS' UNION LOCAL 304

JARRETT GREEN, Bar No. 237443
NEAL S. ZASLAVSKY, Bar No. 277543
NEXUS LAW GROUP
30 North Raymond Avenue, Suite 304
Pasadena, CA  91103
Telephone 626.689.2004
Fax 626.689-2005
Email:  jagreen@Nexus-law.com

Attorneys for Plaintiffs
GLORIA A. MORALES, ELSA GONZALEZ,
SANDRA CARRANZA, LAURA GUZMAN AND TARA LEE RUYLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN and TARA LEE RUYLE,<br><br>Plaintiffs,<br><br>v.<br><br>LABORERS' UNION LOCAL 304,<br><br>Defendant. | No. 3:11-cv-02278-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Courtroom: 8<br>Judge:    Hon. William H. Alsup |

//

//

//

STIPULATION AND [PROPOSED] ORDER — 1 — CASE NO. 3:11-CV-02278-WHA

On August 18, 2011, this Court ordered the parties to mediation. Per ADR Local Rule 6-4, the parties are required to complete their mediation no later than November 16, 2011. Upon the recommendation of the Mediator, and pursuant to the stipulation between the parties, the parties hereby request that the deadline to complete ADR mediation is extended from November 16, 2011 to February 3, 2012. The parties request this extension as Defendant's Motion to Dismiss is scheduled to be heard November 17, 2011. The parties believe that mediation prior to the resolution of the Motion to Dismiss would be premature.

IT IS THEREFORE STIPULATED AND AGREED TO between the parties that the mediation deadline be extended to February 3, 2012.

Dated: October 19, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Caren P. Sencer
CAREN P. SENCER
Attorneys for Defendant
LABORERS' UNION LOCAL 304

Dated: October 19, 2011

NEXUS LAW GROUP

By: /s/ Jarrett Green
JARRETT GREEN
Attorneys for Plaintiffs
GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN AND TARA LEE RUYLE

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: October 24, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

128011/641411

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION AND [PROPOSED] ORDER                CASE NO. 3:11-CV-02278-WHA