BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  csencer@unioncounsel.net

Attorneys for Defendant
LABORERS' UNION LOCAL 304

JARRETT GREEN, Bar No. 237443
NEAL S. ZASLAVSKY, Bar No. 277543
NEXUS LAW GROUP
30 North Raymond Avenue, Suite 304
Pasadena, CA  91103
Telephone 626.689.2004
Fax 626.689-2005
Email: jagreen@Nexus-law.com

Attorneys for Plaintiffs
GLORIA A. MORALES, ELSA GONZALEZ,
SANDRA CARRANZA, LAURA GUZMAN AND TARA LEE RUYLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN and TARA LEE RUYLE,<br><br>Plaintiffs,<br><br>v.<br><br>LABORERS' UNION LOCAL 304,<br><br>Defendant. | No. 3:11-cv-02278-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Courtroom: 8<br>Judge:      Hon. William H. Alsup |

//

//

//

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 3:11-CV-02278-WHA

1  On August 18, 2011, this Court ordered the parties to mediation.  Per ADR Local Rule 6-
2  4, the parties are required to complete their mediation no later than November 16, 2011.  Upon
3  the recommendation of the Mediator, and pursuant to the stipulation between the parties, the
4  parties hereby request that the deadline to complete ADR mediation is extended from November
5  16, 2011 to February 3, 2012.  The parties request this extension as Defendant's Motion to
6  Dismiss is scheduled to be heard November 17, 2011.  The parties believe that mediation prior to
7  the resolution of the Motion to Dismiss would be premature.

8  IT IS THEREFORE STIPULATED AND AGREED TO between the parties that the
9  mediation deadline be extended to February 3, 2012.

10 Dated:  October 19, 2011                    WEINBERG, ROGER & ROSENFELD
                                               A Professional Corporation

                                               /s/ Caren P. Sencer
12                                    By:      CAREN P. SENCER
                                               Attorneys for Defendant
13                                             LABORERS' UNION LOCAL 304

15 Dated:  October 19, 2011                    NEXUS LAW GROUP

                                               /s/ Jarrett Green
17                                    By:      JARRETT GREEN
                                               Attorneys for Plaintiffs
18                                             GLORIA A. MORALES, ELSA GONZALEZ,
                                               SANDRA CARRANZA, LAURA GUZMAN
                                               AND TARA LEE RUYLE

20                              **ORDER**
21  Pursuant to stipulation, IT IS SO ORDERED.
22 Dated:  October 24, 2011.

                                               _____
                                               William Alsup
                                               UNITED STATES DISTRICT JUDGE

25 128011/641411

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION AND [PROPOSED] ORDER                    CASE NO. 3:11-CV-02278-WHA