1  JARRETT A. GREEN (SBN 237443)
     jagreen@nexus-law.com
2  NEAL S. ZASLAVKSY (SBN 277543)
     nszaslavsky@nexus-law.com
3  **NEXUS LAW GROUP**
   30 N. Raymond Ave., Suite 304
4  Pasadena, California 91103
   Telephone: (626) 689-2004
5  Facsimile:  (626) 689-2005

6  Attorneys for Plaintiffs
   GLORIA A. MORALES, ELSA GONZALEZ,
7  SANDRA CARRANZA, LAURA GUZMAN
   and TARA LEE RUYLE

8

9  BARRY E. HINKLE (SBN 071223)
   CONCEPCION E. LOZANO-BATISTA (SBN 227227)
10 CAREN P. SENCER (SBN 233488)
   WEINBERG, ROGER & ROSENFELD
11 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
12 Alameda, California 94501
   Telephone (510) 337-1001
13 Fax (510) 337-1023
   E-mail: csencer@unioncounsel.net
14
   Attorneys for Defendant
15 LABORERS' UNION LOCAL 304

16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN and TARA LEE RUYLE,<br><br>   Plaintiffs,<br><br>vs.<br><br>LABORERS' UNION LOCAL 304,<br><br>   Defendant. | Case No. 3:11-cv-02278-WHA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION TO AMEND AND PROPOSED AMENDED COMPLAINT;**<br><br>~~[PROPOSED]~~ **ORDER**<br><br>Assigned to the Hon. William H. Alsup for all purposes |

1  WHEREAS, Defendant Laborers' Union Local 304 ("Defendant") filed a
2  motion pursuant to FRCP 12(b)(6) to dismiss the claims of Gloria Morales, Elsa
3  Gonzalez, Sandra Carranza, Laura Guzman and Tara Lee Ruyle ("Plaintiffs") for
4  overtime, vacation pay, accurate wage statements and waiting time penalties;
5  WHEREAS, on November 15, 2011, the Court granted in part and denied in
6  part the defendant's motion;
7  WHEREAS; the Court indicated that the Plaintiffs "may seek leave to amend
8  the complaint and will have **FOURTEEN CALENDARS DAYS** … to file a motion … for
9  leave to file an amended complaint;"
10 WHEREAS, the Court ordered that the "proposed amended complaint must be
11 appended to the motion;" and
12 WHEREAS, Plaintiffs' counsel is out of the office during the preceding week
13 for previously planned Thanksgiving holiday vacations with family; and
14 WHEREAS, the parties have agreed to extend the Plaintiff's date to file their
15 motion and proposed amended complaint by **THREE CALENDAR DAYS** to Friday,
16 December 2, 2011;
17 **NOW THEREFORE, IT IS STIPULATED** by and between the parties, by
18 their respective counsel of record, as follows:
19 The deadline for Plaintiffs to file their motion and proposed amended complaint
20 is extended from November 29, 2011 to December 2, 2011.
21 Dated: November 21, 2011                **NEXUS LAW GROUP**

By: _____
Jarrett A. Green

Attorneys for Plaintiffs
GLORIA A. MORALES, ELSA
GONZALEZ, SANDRA CARRANZA,
LAURA GUZMAN AND TARA LEE
RUYLE

28 //

1 | Dated: November 21, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: : /s/ Caren P. Sencer
     Caren P. Sencer

Attorneys for Defendant
LABORERS' UNION LOCAL 304

## [PROPOSED] ORDER

**IT IS SO ORDERED:**

    1.    That the deadline for Plaintiffs to file their motion and proposed amended complaint is extended from November 29, 2011 to December 2, 2011.

    2.    Notice for the motion shall be on the normal 35-day track.

Dated: November 22, 2011    By: _____

William Alsup
UNITED STATES DISTRICT JUDGE

128011/645489