JARRETT A. GREEN (SBN 237443)
jagreen@nexus-law.com
NEAL S. ZASLAVKSY (SBN 277543)
nszaslavsky@nexus-law.com
**NEXUS LAW GROUP**
30 N. Raymond Ave., Suite 304
Pasadena, California 91103
Telephone: (626) 689-2004
Facsimile: (626) 689-2005

Attorneys for Plaintiffs
GLORIA A. MORALES, ELSA GONZALEZ,
SANDRA CARRANZA, LAURA GUZMAN
and TARA LEE RUYLE


BARRY E. HINKLE (SBN 071223)
CONCEPCION E. LOZANO-BATISTA (SBN 227227)
CAREN P. SENCER (SBN 233488)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-mail: csencer@unioncounsel.net

Attorneys for Defendant
LABORERS' UNION LOCAL 304

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN and TARA LEE RUYLE,<br><br>Plaintiffs,<br><br>vs.<br><br>LABORERS' UNION LOCAL 304,<br><br>Defendant. | Case No. 3:11-cv-02278-WHA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION TO AMEND AND PROPOSED AMENDED COMPLAINT;**<br><br>~~[PROPOSED]~~ **ORDER**<br><br>Assigned to the Hon. William H. Alsup for all purposes |

1  WHEREAS, Defendant Laborers' Union Local 304 ("Defendant") filed a motion pursuant to FRCP 12(b)(6) to dismiss the claims of Gloria Morales, Elsa Gonzalez, Sandra Carranza, Laura Guzman and Tara Lee Ruyle ("Plaintiffs") for overtime, vacation pay, accurate wage statements and waiting time penalties;

WHEREAS, on November 15, 2011, the Court granted in part and denied in part the defendant's motion;

WHEREAS; the Court indicated that the Plaintiffs "may seek leave to amend the complaint and will have **FOURTEEN CALENDARS DAYS** … to file a motion … for leave to file an amended complaint;"

WHEREAS, the Court ordered that the "proposed amended complaint must be appended to the motion;" and

WHEREAS, Plaintiffs' counsel is out of the office during the preceding week for previously planned Thanksgiving holiday vacations with family; and

WHEREAS, the parties have agreed to extend the Plaintiff's date to file their motion and proposed amended complaint by **THREE CALENDAR DAYS** to Friday, December 2, 2011;

**NOW THEREFORE, IT IS STIPULATED** by and between the parties, by their respective counsel of record, as follows:

The deadline for Plaintiffs to file their motion and proposed amended complaint is extended from November 29, 2011 to December 2, 2011.

Dated: November 21, 2011

**NEXUS LAW GROUP**

By: _____

Jarrett A. Green

Attorneys for Plaintiffs
GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN AND TARA LEE RUYLE

//

Dated: November 21, 2011

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: : /s/ Caren P. Sencer
    Caren P. Sencer

Attorneys for Defendant
LABORERS' UNION LOCAL 304

## [PROPOSED] ORDER

**IT IS SO ORDERED:**

1. That the deadline for Plaintiffs to file their motion and proposed amended complaint is extended from November 29, 2011 to December 2, 2011.

2. Notice for the motion shall be on the normal 35-day track.

Dated: November 22, 2011    By: _____

William Alsup
UNITED STATES DISTRICT JUDGE

128011/645489

-2-

STIPULATION TO EXTEND TIME FOR
PLAINTIFFS TO FILE MOTION TO AMEND