1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   GLORIA A MORALES, ELSA GONZALEZ,
     SANDRA CARRANZA, LAURA GUZMAN,
11   and TARA LEE RUYLE,                              No. C 11-02278 WHA
12              Plaintiffs,                           Consolidated with:
13     v.                                             No. C 11-02459 WHA
14   LABORERS' UNION LOCAL 304,
15              Defendant.                            **ORDER SETTING HEARING
16   ─────────────────────────────────/              RE DISCOVERY DISPUTE**
     SANDRA CARRANZA, LAURA GUZMAN,
17   and TARA LEE RUYLE,
18              Plaintiffs,
19     v.
20   LABORERS' UNION LOCAL 304,
21              Defendant.
22   ─────────────────────────────────/

23          The Court is in receipt of plaintiffs' discovery dispute and hereby **SETS** a meet-

24   and-confer starting from **10:30 A.M. AND CONTINUING TO 2:00 P.M.** in the Court's jury room

25   (with a half-hour for lunch at noon) on **WEDNESDAY, MAY 9, 2012**.  At 2:00 p.m. on that same

26   day, the Court shall hold a hearing in Courtroom No. 9 to resolve any outstanding discovery

27   issue(s).  Defendant's response is due by **NOON ON MAY 7**.  Counsel shall please buzz chambers

28   at 10:30 a.m. to be let into the jury room.

**United States District Court**
For the Northern District of California

Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated:  May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2