IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| GLORIA A MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN, and TARA LEE RUYLE,<br><br>   Plaintiffs,<br><br>   v.<br><br>LABORERS' UNION LOCAL 304,<br><br>   Defendant.<br>_____/<br>SANDRA CARRANZA, LAURA GUZMAN, and TARA LEE RUYLE,<br><br>   Plaintiffs,<br><br>   v.<br><br>LABORERS' UNION LOCAL 304,<br><br>   Defendant.<br>_____/ | No. C 11-02278 WHA<br><br>Consolidated with:<br><br>No. C 11-02459 WHA<br><br><br>**ORDER SETTING HEARING RE DISCOVERY DISPUTE** |

   The Court is in receipt of plaintiffs' discovery dispute and hereby **SETS** a meet-and-confer starting from **10:30 A.M. AND CONTINUING TO 2:00 P.M.** in the Court's jury room (with a half-hour for lunch at noon) on **WEDNESDAY, MAY 9, 2012**. At 2:00 p.m. on that same day, the Court shall hold a hearing in Courtroom No. 9 to resolve any outstanding discovery issue(s). Defendant's response is due by **NOON ON MAY 7**. Counsel shall please buzz chambers at 10:30 a.m. to be let into the jury room.

Please note that only those who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated:  May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE