IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLORIA A MORALES, ELSA GONZALEZ,
SANDRA CARRANZA, LAURA GUZMAN,
and TARA LEE RUYLE,

    Plaintiffs,

  v.

LABORERS' UNION LOCAL 304,

    Defendant.

No. C 11-02278 WHA

**ORDER RE SETTLEMENT**

The Court is in receipt of plaintiffs' letter of May 2 concerning a "settlement in principle" and, therefore, **CANCELS** the hearing on the discovery dispute set for May 9, 2012.

Please note, however, that all deadlines remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE