IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA A. MORALES, ELSA GONZALEZ, SANDRA CARRANZA, LAURA GUZMAN, and TARA LEE RUYLE,<br><br>Plaintiffs,<br><br>v.<br><br>LABORERS' UNION LOCAL 304,<br><br>Defendant.<br>_____ / | No. C 11-02278 WHA<br><br>**ORDER RE MOTION TO MODIFY SCHEDULING ORDER** |

On April 12, 2012, plaintiff filed a motion to modify the scheduling order. Defendant did not oppose modification. Plaintiff replied stating it seeks to terminate its pending motion and vacate the hearing in light of an anticipated settlement agreement. The motion will be terminated and the hearing set for May 17, 2012 is **VACATED**.

**IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE